**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

LAZARO R. RODRIGUEZ HERNANDEZ,

Petitioner,

v.

NEY HIDALGO, *et al.*,

Respondents.

Case No. 2:26-cv-689

**ORDER**

Petitioner Lazaro R. Rodriguez Hernandez filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that they are unlawfully detained by Immigration and Customs Enforcement. ECF No. 1. Before the Court is an unopposed Report and Recommendation, in which the Honorable Lawrence R. Leonard, United States Magistrate Judge, concluded that the petition should be granted, and the petitioner should be released immediately. ECF No. 16.

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 16 at 17 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 16) is **ADOPTED.**

Petitioner Lazaro R. Rodriguez Hernandez's petition for a writ of habeas corpus (ECF No. 1) is **GRANTED**.

The respondents **SHALL** release the petitioner from custody immediately.

The petitioner's order of supervision **SHALL** be immediately restored, not to be revoked unless done so in compliance with the requirements of 8 U.S.C. § 241.13.

The respondents are **ENJOINED** from re-detaining the petitioner except upon a showing of sufficient changed circumstances with respect to the prospects for removal to a qualifying consenting country.

The respondents **SHALL** file a status report with this Court on or before October 30, 2026, confirming that the petitioner has been released from custody.

The petitioner's motion to appoint counsel and for a non-transfer order (ECF No. 2) is **DISMISSED AS MOOT**.[1]

---

[1] The petitioner also moved for a non-transfer order. ECF No. 3. The Court's July 10, 2026 Order (ECF No. 5) granted the relief requested in that motion. Accordingly, the Clerk is **DIRECTED** to terminate ECF No. 5.

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner, issue a Clerk's judgment, and close this case.

**IT IS SO ORDERED**.

/s/ JKW

Norfolk, Virginia
October 27, 2026

Jamar K. Walker
United States District Judge